UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

MICHAEL PAUL PUZEY
USP HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV 26525
    PLAINTIFF,
VS.

UNITED STATES DEPARTMENT OF JUSTICE et al,
FBI, DEA, ATF, EOUSA.
    DEFENDANTS,

CIVIL ACTION NO.

Case: 1:21-cv-02096
Assigned To : Unassigned
Assign. Date : 8/3/2021
Description: FOIA/Privacy Act (I-DECK)



## COMPLAINT    I. JURISDICTION/VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. This court has jurisdiction under 28 U.S.C. Section 1331 and 5 U.S.C. Section 552(a)(4)(B). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The District for the District of Columbia is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred

## II. PLAINTIFF

3. PLAINTIFF, MICHAEL PAUL PUZEY, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF WEST VIRGINIA IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS. HE IS CURRENTLY CONFINED IN USP HAZELTON IN BRUCETON MILLS, WEST VIRGINIA.

## III. DEFENDANTS

4. DEFENDANT, IS THE UNITED STATES ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE UNITED STATES DEPARTMENT OF JUSTICE AND EACH INSTITUTION UNDER ITS JURISDICTION INCLUDING USP HAZELTON, FEDERAL BUREAU OF PRISONS, FEDERAL BUREAU OF INVESTIGATIONS, DRUG ENFORCEMENT ADMINISTRATION, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, AND EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS.

5. DEFENDANT, FEDERAL BUREAU OF INVESTIGATION FAILED TO COMPLY PURSUANT TO PLAINTIFF'S FREEDOM OF INFORMATION ACT (FOIA) 5 U.S.C. § 552 AND THE PRIVACY ACT § 552(a) BY 20 BUSINESS DAYS IN ACCORD TO STATUTORY TIME PERIOD. SEE 5 U.S.C. § 552(a)(6)(C)(i).

6. DEFENDANT, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY FAILED TO COMPLY PURSUANT TO PLAINTIFF'S FREEDOM OF INFORMATION ACT (FOIA) 5 U.S.C. § 552 AND THE PRIVACY ACT (PA) 552(a) BY 20 BUSINESS DAYS IN ACCORD TO STATUTORY TIME PERIOD. SEE 5 U.S.C. § 552(a)(6)(C)(i).

7. DEFENDANT, UNITED STATES ATTORNEY GENERAL MERRICK GARLAND OF THE DEPARTMENT OF JUSTICE, FAILED TO COMPLY PURSUANT TO PLAINTIFF'S FREEDOM OF INFORMATION ACT (FOIA) 5 U.S.C. § 552 AND THE PRIVACY ACT (PA) § 552(a) BY 20 BUSINESS DAYS IN ACCORD TO STATUTORY TIME PERIOD. SEE 5 U.S.C. § 552(a)(6)(C)(i).

8. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

III. FACTS / EXHAUSTION OF LEGAL REMEDIES

9. ON MARCH 21, 2021. PLAINTIFF MAILED CERTIFIED SEVERAL FREEDOM OF INFORMATION (FOI) AND PRIVACY ACT (PA) REQUESTS TO THE UNITED STATES ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE, AND ITS COMPONETS: FBI, DEA, ATF; AND MEMBERS OF CONGRESS, MEDIA SOUCRES.

SEE (EXHIBITS A. FOIA REQUESTS).

10.   ON APRIL 1, 2021. PLAINTIFF RECEIVED FROM THE (FBI) A LETTER STATING THAT IT WAS PROCESSING MY FOIA/PA REQUEST. SEE (EXHIBIT B).

ON APRIL 8, 2021. PLAINTIFF RECEIVED FROM THE DOJ A LETTER STATING THAT IT REFERRED PLAINTIFF FOIA/PA REQUEST TO THE EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS - DOJ. SEE (EXHIBIT B).

ON APRIL 29, 2021. PLAINTIFF RECEIVED FROM THE (ATF) A RESPONSE TO HIS FOIA/PA REQUEST. SEE (EXHIBIT B).

ON MAY 7, 2021. PLAINTIFF APPEALED TO (OIP-DOJ) OFFICE OF INFORMATION POLICY, DUE TO THE DEA, FBI, AND EOUSA FAILURE TO RESPOND WITHIN THE FOIA/PA STATUTORY TIME PERIOD 5 USC 552 (a)(6)(C)(i), AND FOR RE-CONFIRMATION OF THE ATF RESPONSE. SEE (EXHIBIT C).

ON MAY 12, 2021. PLAINTIFF RECEIVED FROM (OIP-DOJ) A LETTER THAT IT RECEIVED HIS FOIA/PA APPEALS. SEE (EXHIBIT B).

ON JUNE 1, 2021. PLAINTIFF RECEIVED FROM THE EOUSA A LETTER ACKNOWLEDGING RECEIPT OF HIS FOIA/PA REQUEST FROM THE U.S. ATTORNEY GENERAL. SEE

(EXHIBIT B).

ON JUNE 9, 2021. PLAINTIFF RECEIVED FROM THE (DEA) A RESPONSE TO HIS FOIA/PA REQUEST. SEE (EXHIBIT B). THIS WAS PLAINTIFF FIRST FOIA/PA REQUEST DATED NOVEMBER 29, 2020. THE (DEA) FAILED TO COMPLY TO HIS REVISED FOIA/PA REQUEST DATED MARCH 21, 2021.

11.  PLAINTIFF IS CURRENTLY BEING UNLAWFULLY DETAINED IN THE BUREAU OF PRISONS THE U.S. DISTRICT COURT IN WEST VIRGINIA THAT SENTENCE HIM HAD NO JURISDICTION TO IMPOSE A CRIMINAL JUDGEMENT AGAINST HIM, AND HAD NO JURISDICTION OVER THE CRIMINAL PROCEEDINGS UNDER THE TENTH AMENDMENT TO THE U.S. CONSTITUTION. THE FACTS SUPPORTING THIS CLAIM ARE DETAILED AS FOLLOWS.

1. UNDER THE CONSTITUTION, THE SUPREME LAW OF THE LAND, ONLY STATE HAVE WHAT IS COMMONLY CALLED "POLICE POWER"

2. ON DECEMBER 5, 2000, SCOTT DILLION, A POLICE OFFICER WITH THE WEST VIRGINIA STATE POLICE, TESTIFIED BEFORE A FEDERAL GRAND JURY THAT HE WAS THE FEDERAL "CASE AGENT."

3. DILLION WAS NOT DEPUTIZED BY THE FBI, DEA, OR ATF, ETC. TO ACT AS A FEDERAL AGENT, WHEN HE TESTIFIED BEFORE THE GRAND JURY.

4. NO FEDERAL AGENT TESTIFIED BEFORE THE GRAND JURY. ONLY DILLION, A STATE ACTOR, TESTIFIED ABOUT ALLEGED STATE LAW VIOLATIONS CONCERNING CONTROLLED SUBSTANCES.

5. NO FEDERAL AGENCY SUPERVISED, OR OTHERWISE TOOK PART IN, THE INVESTIGATION LEADING UP TO DILLION'S GRAND JURY TESTIFIED.

6. PRIOR TO THE INDICTMENT, NO FEDERAL CRIMINAL COMPLAINT WAS EVER EXECUTED BY A FEDERAL AGENT. TO DATE, THE CLERK'S OFFICE OF THE U.S. DISTRICT COURT HAS REFUSED TO GIVE PLAINTIFF A COPY OF HIS ARREST WARRANT.

7. ALTHOUGH AN INDICTMENT REPRESENTS PROBABLE CAUSE TO DETAIN, AND PROCEED TO A TRIAL, AN INDICTMENT BASED SOLELY ON A STATE ACTOR'S TESTIMONY IS INSUFFICIENT TO TRIGGER FEDERAL JURISDICTION.

8. AN INDICTMENT IN THE STATE COURT OF WEST VIRGINIA WOULD HAVE BEEN SUFFICIENTLY SUPPORTED BY DILLION'S GRAND JURY TESTIMONY, BECAUSE HE IS A STATE POLICE OFFICER WHO USED STATE RESOURCES, ENTIRELY, FOR HIS INVESTIGATION.

9. HOWEVER, WHERE DILLION WAS NOT DELEGATED ANY FEDERAL AUTHORITY BY ANY FEDERAL AGENCY TO ACT ON BEHALF OF THE UNITED STATES, AND WHERE HIS GRAND JURY TESTIMONY WAS UNACCOMPANIED BY ANY FEDERAL AGENT'S TESTIMONY, THERE IS NO FEDERAL JURISDICTION.

12. PLAINTIFF HAS BEEN UNLAWFULLY DETAINED IN THE BUREAU OF PRISONS FOR THE LAST (21) YEARS WRONGFULLY UNDER EGREGIOUS SUFFERING AGAINST HIS WILL AND LIBERTY, DUE TO AN UNLAWFUL INDICTMENT, ARREST, TRIAL, CONVICTION AND SENTENCE. (LIFE IMPRISONMENT). WHERE FLAGRANT PROSECUTORIAL MISCONDUCT BY A ROGUE AUSA THOMAS O. MUCKLOW, WHOM HAS PREVIOUSLY ENGAGED IN PROSECUTORIAL MISCONDUCT FOUND BY A U.S. DISTRICT COURT 11 YEARS EARLIER TO THE HEREIN CONSTITUTIONAL VIOLATIONS. (SEE) U.S. v SHUCK, 705 F.SUPP 1177; 1989 U.S. DIST. LEXIS 1155 CRIMINAL NO. 85-54 (FEB 7, 1989).

13. V. LEGAL CLAIMS

PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1-12.

PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

VI. PRAYER FOR RELIEF

14. WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF:

   1. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLANTIFF'S RIGHTS UNDER

THE FREEDOM OF INFORMATION ACT AND PRIVACY ACT (FOIA/PA), THE CONSTITUTION AND LAWS OF THE UNITED STATES.

2. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS, UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, DRUG ENFORCEMENT ADMINISTRATION, AND BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES TO IMMEDIATELY TURNOVER THE REQUESTED FREEDOM OF INFORMATION AND PRIVACY ACT RECORDS NUMBERED IN PLAINTIFF'S FOIA REQUEST DATED MARCH 21, 2021. WITHIN 10 BUSINESS DAYS.

3. PLAINTIFF FURTHER REQUEST THAT THIS COURT UPON THE DEFENDANTS "FULL DISCLOSURE", THAT IF AND WHEN THEY CANNOT PRODUCE REQUESTED FOIA/PA RECORDS OF FEDERAL COMPLAINT, FEDERAL ARREST WARRANT, ALL INVESTIGATIVE REPORTS, ALL GRAND JURY TESTIMONY BY ANY FEDERAL AGENT (FBI, DEA, ATF), ALL DOCUMENTS, AUTHORIZATION FORMS PERTAINING TO THE FEDERAL INVESTIGATIVE AGENCY CROSS-DESIGNATION OF A POLICE OFFICER, LOCAL AGENT AND/OR DETECTIVE WITH THE WEST VIRGINIA STATE POLICE EASTERN PANHANDLE DRUG AND VIOLENT CRIME TASKFORCE. THAT THIS COURT WOULD ORDER THE U.S. ATTORNEY GENERAL TO DISMISS THE

"FEDERALLY FRAUDULENT INDICTMENT" (3:00-CR-57-16, AND 3:00-CR-64-02) AND TO HAVE PLAINTIFF IMMEDIATELY RELEASED, FROM THIS (21) YEARS UNLAWFUL ARREST AND IMPRISONMENT.

4. THAT THIS COURT WOULD MONITOR THE FULLFILMENT OF THE ABOVE INJUNCTIVE/ORDER, RELIEF REQUESTED HEREIN, AND ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

JULY 22, 2021.
RESPECTFULLY SUBMITTED,

MICHAEL PAUL PUZEY #23940-016
USP HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV 26525

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT BRUCETON MILLS, WV ON JULY 22, 2021.

*Michael P. Puzey*