UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL PAUL PUZEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-2096 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

In light of Plaintiff's Notice of Change of Address, ECF No. 31, Plaintiff's submission dated November 28, 2022, ECF No. 32, and the Court's Minute Order extending Plaintiff's deadline to respond to Defendants' motion to dismiss, *see* Min. Order (Dec. 1, 2022), Defendants submit this Notice advising the Court that they have mailed to Plaintiff's new address of record a copy of their motion to dismiss, ECF No. 25.

Dated: December 2, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar #501480
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendants*