UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL PAUL PUZEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-2096 (CRC)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

    Defendants, by and through undersigned counsel, respectfully submit this reply in support of their motion to dismiss, ECF No. 29. Plaintiff's opposition, which was docketed on January 18, 2023,[1] fails to respond to any of Defendants' arguments explaining why dismissal is warranted. See ECF No. 37. Consequently, Plaintiff has conceded these arguments. *See Hopkins v. Women's Div., Gen. Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003).

    Instead, Plaintiff asserts that Federal Rule of Civil Procedure 4(m) "will clear any insufficient problems," ECF No. 37 at 1, without explaining any basis for his position. Further, while Plaintiff's submission is difficult to understand, it appears that Plaintiff now seeks to amend his complaint to include new claims. This is improper. A "bare request in an opposition to a motion to dismiss—without any indication of the particular grounds on which amendment is sought—does not constitute a motion [to amend] within the contemplation of Rule 15(a)." *Confederate Mem'l Ass'n, Inc. v. Hines*, 995 F.2d 295, 299 (D.C. Cir. 1993); *see also* Fed. R. Civ.

---

[1]     Defendants received ECF notification of Plaintiff's filing on January 20, 2023.

P. 7(b) (requiring submission of a motion); LCvR 15.1 (requiring that any motion for leave to file an amended complaint "shall attach, as an exhibit, a copy of the proposed pleading as amended").

For all the reasons set forth in Defendants' motion to dismiss, ECF No. 29, the Court should grant the motion and dismiss the Complaint in its entirety.

Dated: January 25, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar #501480
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendants*