UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL PAUL PUZEY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 21-2096 (CRC) |

### DEFENDANTS' STATUS REPORT

In an August 23, 2023, Minute Order, the Court ordered "[t]he Government . . . to file a proposed schedule for processing the plaintiff's FOIA request[.]"  Defendants hereby respond as follows with respect to each of various components of the Department of Justice that are named as Defendants in this action:

- Bureau of Alcohol, Tobacco, Firearms and Explosives–The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has completed processing Plaintiff's FOIA request. ATF issued a "no records" response to Plaintiff on April 20, 2021.  The Department of Justice Office of Information Policy affirmed the appeal on June 16, 2021.  The Bureau is not aware of any disputes with its search.

- The Executive Office for United States Attorneys–The Executive Office for United States Attorneys has completed the initial processing of all records.  There are 111 pages that require consultation.  The Executive Office expects to complete processing of all pages around October 20, 2023.

- Federal Bureau of Investigation–The Federal Bureau of Investigation (FBI) has completed its search for potentially responsive documents.  The FBI reviewed 100 pages and released

95 to Plaintiff on August 21, 2023. One page was withheld in full. Four pages remain outstanding because they are awaiting a consultation from another agency. Because the other agency determines its own schedule, the FBI does not know when the consultation will be completed.

- <u>U.S. Drug Enforcement Administration</u>–The U.S. Drug Enforcement Administration ("DEA") finished its search and processing with respect to the first four of five subparts of Plaintiff's FOIA request. DEA sent a letter explaining its construction of the fifth subpart on August 15, 2023. On August 30, 2023, after Plaintiff's notice of change of address was filed to the docket, DEA re-sent the letter to Plaintiff's new address at Fort Dix. DEA expects to be able to complete review of any additional documents by October 31, 2023.

WHEREFORE, Defendant respectfully requests that the Court order the Defendants to provide a further Joint Status Report on or before November 13, 2023. A proposed order is enclosed herewith.

Dated: September 6, 2023
        Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      /s/ Brian J. Levy
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6734

*Attorneys for the United States of America*