Michael Puzey v. UNITED STATES DEPARTMENT OF JUSTICE.
CASE No. 21-cv-2096

# EXECUTIVE OFFICE OF THE U.S. ATTORNEYS
## *VAUGHN* INDEX

Response to Complaint in Case No. 1-19-cv-03862 relating to Disclosure and Release of Records on Michael Puzey
Summary of Abbreviation:   WIF = Withheld in Full

## 1st Interim

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 1-17 | Witness to/from form | B6, B7C/ RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of Third Parties of Investigative Interest. |
| 18-26 | Proposed Grand Jury Instructions | B6, B7C/ RIP | Names and Identifying Information of Personnel from Federal Agencies. |
| 28-51 | Memo from Senior Trooper to AUSA dated September 1, 2000 | B6, B7C/RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of Third Parties of Investigative Interest. Names and Identifying Information of law enforcement agents. |
| 52-63 | Search warrant of 3rd party | B6, B7C, B7F/ WIF | Names and Identifying Information of Third Parties of Investigative Interest. Names and Identifying Information of law enforcement agents. Endangerment of the Lives or Physical Safety of Individuals. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 64 | Sheet B- offense date December 1999 | B6, B7C/ RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of Third Parties of Investigative Interest. |
| 65-70 | Jefferson County General Investigative Report | B6, B7C/RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. |
| 71 | Sheet B- offense date 9/14/98 | B6, B7C/RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of Third Parties of Investigative Interest. |

## 2nd/Final Interim

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 1-6 | Jefferson County General Investigative Report | B6, B7C/RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. |
| 7-12 17-22 26-32 43-50 118-124 | EPD & VC Task Force date December 30, 1999 EPD & VC Task Force date January 12, 2000 EPD & VC Task Force date January 20, 2000 EPD & VC Task Force date May 8, | B6, B7C/ RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
|  | 2000<br>EPD & VC Task Force date August 1, 2000 |  |  |
| 13<br>23<br>33<br>51<br>67<br>137 | Case submission report date 12/30/99<br>Case submission report date 1/6/2000<br>Case submission report date 1/14/2000<br>Case submission report date 1/31/2000<br>Case submission report date 2/11/2000<br>Case submission report date 7/28/2000 | B6, B7C/ RIP | Names and Identifying Information of Third Parties of Investigative Interest. Names and Identifying Information of law enforcement agents. |
| 15<br>145-150 | Memo date December 29, 1999<br>Memo date September 1, 2000 | B6, B7C/ RIP | Names and Identifying Information of Third Parties of Investigative Interest. Names and Identifying Information of law enforcement agents. |
| 16<br>25<br>36<br>52<br>69<br>74 | Forensic report date July 3, 2000<br>Forensic report date March 24, 2000<br>Forensic report date March 23, 2000<br>Forensic report date June 12, 2000<br>Forensic report date March 9, 2000<br>Forensic report date March 9, 2000 | B6, B7C/ RIP | Names and Identifying Information of Third Parties of Investigative Interest. Names and Identifying Information of law enforcement agents. |
| 35<br>38-42<br>54-56<br>58<br>66<br>68<br>70<br>71-72<br>73 | Memo to file date January 13, 2000<br>Memo to file date January 25, 2000<br>Memo to file date February 2, 2000<br>Memo to file date February 8, 2000<br>Memo to file date February 18, 2000<br>Memo to file date March 9, 2000<br>Memo to file date March 17, 2000<br>Memo to file date March 28, 2000<br>Memo to file date March 29, 2000 | B3 rule 6e, B6, B7C/ RIP | Names and Identifying Information of Third Parties of Investigative Interest. Names and Identifying Information of law enforcement agents. Names and Identifying Information of Third Parties who Provided Information. Statement from Grand Jury. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 75<br>80<br>81-89<br>90-91<br>92<br>93-94<br>104-105<br>106-109<br>110-113<br>138-143;151-155<br>161-163<br>164-167<br>168-170<br>177-179<br>180-181<br>182-184<br>185-187 | Memo to file date April 19, 2000<br>Memo to file date April 20, 2000<br>Memo to file date April 24, 2000<br>Memo to file date April 27, 2000<br>Memo to file date May 2, 2000<br>Memo to file date May 8, 2000<br>Memo to file date May 30, 2000<br>Memo to file date June 5, 2000<br>Memo to file date July 6, 2000<br>Memo to file date September 1, 2000<br><br>Memo to file date January 30, 2001<br>Memo to file date March 6, 2001<br>Memo to file date March 8, 2001<br>Memo to file date March 26, 2001<br>Memo to file date March 27, 2001<br>Memo to file date March 30, 2001<br>Memo to file date April 9, 2001 | | |
| 37<br>53<br>144 | Sheet B- offense | B6, B7C/ RIP | Names and Identifying Information of Third Parties of Investigative Interest.  Names and Identifying Information of Third Parties who Provided Information. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 57 | January 31, 2000 letter form bureau of criminal investigations | B6, B7C/ RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. |
| 59-63 | West Virginia Incident Report | B6, B7C/ RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. |
| 64<br>65 | City of Ranson Property disposition report<br>West Virginia Property disposition report | B6, B7C/ RIP | Names and Identifying Information of law enforcement agents. |
| 76-79 | Detachment Duty Log | B6, B7C, B7E/RIP | Names and Identifying Information of law enforcement agents. Strategies for Utilization of Particular Evidence. |
| 95-103 | Transcription to file date May 12, 2000 | B6, B7C, B7D/RIP | Names and Identifying Information of Third Parties who Provided Information. Names, Identifying Information of, and Information Provided by Individuals Under an Implied Assurance of Confidentiality. |
| 114-117 | Part of a detective report regarding search warrant on 3rd party property | B6, B7C/ RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. |
| 125-136 | Search Warrant pertaining to 3rd party | B6, B7C/ RIP | Names and Identifying Information of Third Parties of Investigative Interest. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 156-160 | Pre-trial services | B6, B7C/ RIP | Names and Identifying Information of government employees. |
| 171-176 | Letter from AUSA to defense counsel date March 23, 2001 | B6, B7C, B7D/RIP | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. Names, Identifying Information of, and Information Provided by Individuals Under an Implied Assurance of Confidentiality. |
| 188-189 | Puzey motion for new trial | RIF | |
| 190 | AUSA fax to detective | B6, B7C/ RIP | Names and Identifying Information of law enforcement agents. |
| 191 | Puzey Criminal History | B5, B6, B7C,/ RIP | Names and Identifying Information of government employees. Handwritten notes. |
| 192 | Motion for witness subpoenas | RIF | |
| 196 | Sheet A | RIF | |

## CONSULT Documents

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 14 pages | DEA consult documents. Report of drug property collected | B6, B7C, B7E, B7F/ RIP | |
| 5 pages | ATF consult documents. Tracing center trace request form. | B3 112 Pub. L. 55 125 Stat 552 B6, B7C | |
| 2 pages | USMS consult documents. Warrant squad fax | B6, B7C, B7F | |

## WIF Documents

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 61 pages | Handwritten AUSA notes | B5, B6, B7C | Attorney work product/deliberative process. Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. Names and Identifying Information of Third Parties of Investigative Interest. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 1 page | Flowchart | B7E | Strategies for Utilization of Particular Evidence. |
| 3 pages | 3rd party criminal history | B7E | Strategies for Utilization of Particular Evidence. |
| 3 pages | Correspondence from AUSA regarding 3rd party | B6, B7C | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of Third Parties of Investigative Interest. |
| 4 pages | Witness assistance program request for 3rd party | B6, B7C | Names and Identifying Information of Third Parties who Provided Information. |
| 47 pages | Debriefing of 3rd party | B6, B7C | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of Third Parties of Investigative Interest. |
| 84 pages | Memo from detective to AUSA | B5, B7E | Attorney client privilege/deliberative. Strategies for Utilization of Particular Evidence. |
| 23 pages | Memo from detective to AUSA | B5, B6, B7C, B7D, B7E | Attorney client privilege/deliberative. Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of Third Parties of Investigative Interest. Names and Identifying Information of law enforcement agents. Names, Identifying Information of, and Information Provided by Individuals Under an Implied Assurance of Confidentiality Strategies for Utilization of Particular Evidence. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 1 page | Memo to file from detective | B7E | Strategies for Utilization of Particular Evidence. |
| 13 pages | Detective report on search warrant for 3rd party | B6, B7C, B7F | Names and Identifying Information of Third Parties of Investigative Interest. Endangerment of the Lives or Physical Safety of Individuals. |
| 8 pages | Criminal background history/check on 3rd party | B6, B7C, B7E | Names and Identifying Information of Third Parties of Investigative Interest. Strategies for Utilization of Particular Evidence. |
| 3 pages | Interview agreement of 3rd party | B6, B7C | Names and Identifying Information of Third Parties who Provided Information. |
| 3 pages | Vehicle history check | B7E | Strategies for Utilization of Particular Evidence. |
| 4 pages | CI Report | B6, B7C, B7D | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. Names, Identifying Information of, and Information Provided by Individuals Under an Implied Assurance of Confidentiality. |
| 2 pages | Detective memo to file of 3rd party interview | B6, B7C | Names and Identifying Information of Third Parties who Provided Information. |

| Page | DESCRIPTION of Record | EXEMPTION/ STATUS | Comments |
|---|---|---|---|
| 12 pages | EPD&VC Task Force date January 20, 2000 | B6, B7C, B7D | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. Names and Identifying Information of Third Parties of Investigative Interest. Names, Identifying Information of, and Information Provided by Individuals Under an Implied Assurance of Confidentiality. |
| 6 pages | EPD&VC Task Force date January 12, 2000 | B6, B7C, B7D | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. Names and Identifying Information of Third Parties of Investigative Interest. Names, Identifying Information of, and Information Provided by Individuals Under an Implied Assurance of Confidentiality. |
| 7 pages | EPD&VC Task Force date December 30, 1999 | B6, B7C, B7D | Names and Identifying Information of Third Parties who Provided Information. Names and Identifying Information of law enforcement agents. Names and Identifying Information of Third Parties of Investigative Interest. Names, Identifying Information of, and Information Provided by Individuals Under an Implied Assurance of Confidentiality. |