UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL PAUL PUZEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-2096 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF SUSAN M. COLLINS
REGARDING FREEDOM OF INFORMATION REQUEST NO. EOUSA-2021-001857

I, Susan M. Collins, hereby declare as follows:

1. I am Civil Division Paralegal Specialist for the United States Attorney's Office for the Northern District of West Virginia ("USAO/WVN").

2. My duties and responsibilities include serving as a Freedom of Information Act ("FOIA")/Privacy Act /("PA") point of contact for USAO/WVN and as a liaison to the FOIA/PA staff of the Executive Office for United States Attorneys ("EOUSA") in Washington, D.C. I have held the position of FOIA point of contact since August 13, 2022.

3. My duties include receiving and reviewing requests made pursuant to FOIA and/or PA for records maintained by or located in the USAO/WVN. I am responsible for coordinating and conducting searches within the USAO/WVN for records responsive to FOIA/PA requests.

4. I am familiar with the procedures followed by the USAO/WVN in conducting searches for records responsive to FOIA/PA requests.

5. The statements that I make in this declaration are made based on my review of the official files and records of the USAO/WVN, my own personal knowledge, or knowledge acquired by me through the performance of my official duties.

6. On May 7, 2021, the EOUSA FOIA Unit referred Michael Paul Puzey's FOIA Request No. EOUSA-2021-001857 to the USAO/WVN after EOUSA determined records responsive to that request may be located here.

7. The purpose of this declaration is to provide the Court with information regarding my efforts to respond to the FOIA request received by EOUSA on April 7, 2021, FOIA Request No. EOUSA-2021-001857. This Declaration consists of an explanation of the adequacy of search for records related to Plaintiff's FOIA request.

8. On or about March 31, 2021, Plaintiff Michael Paul Puzey made a FOIA request that sought the following information:

    a. 3:00CR57:"I am requesting all records, documents, and information you have in your files pertaining to me or mentioning my name." Plaintiff then included a list of 46 specific items requested from various Federal, State, and Local agencies.

9. On July 20, 2022, the EOUSA FOIA Unit reassigned Michael Paul Puzey's FOIA Request to the USAO/WVN as FOIA Request No. LITG-2022-000008.

## ADEQUACY OF SEARCH FOR RECORDS

10. I coordinated and conducted a thorough and proper systemic search for records responsive to the request located in the USAO/WVN.

11. I emailed Civil and Criminal AUSA's and other staff members to determine if they have any files in their offices on the subject request. These individuals searched their electronic and physical files for responsive documents using Plaintiffs name.

12. Our office's Systems Manager has informed me that emails are archived for only three years, restoring server files only goes back three to four months, and the current electronic case file archives only started within the last five years.

13. The CASEVIEW system is the USAO/WVN case filing system and is used to track civil and criminal cases, appellate investigations, and matters within the USAO/WVN based on parties' names, USAO case jacket numbers, and Court case docket numbers.

14. The CASEVIEW system query identified the criminal case file regarding Michael Paul Puzey, criminal case no. 3:00CR57. The file, according to CASEVIEW, was at the National Records Archive Center ("NRC"). Seven boxes were retrieved from the NRC.

15. I physically searched the seven boxes of case file material for anything with Plaintiff's name or that concerned Plaintiff. I did not include the records related solely to one or more of Plaintiff's 25 co-defendants.

16. I uploaded and submitted the located documents to the FOIA Unit Online System on September 20, 2023, for processing by the EOUSA FOIA Unit.

17. I am not aware of any other method or means by which a further search would likely uncover additional responsive records.

18. The handling of FOIA Request No. LITG-2022-000008 request was consistent with standard procedures of the USAO/WVN with regard to FOIA/PA requests.

19. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 7/25/24

Susan M. Collins
Paralegal Specialist