UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MICHAEL PAUL PUZEY,         )

      Plaintiff/Affiant,     )

  -v-                    )  Civil Action No.21-2096(CRC)

DEPARTMENT OF JUSTICE, et al.,  )

      Defendants/Respondents.  )

_____

REPLY TO GOVERNMENT'S

"COMBINED MEMORANDUM OF LAW IN SUPPORT OF

DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

AND IN OPPOSITION TO PLAINTIFF'S

MOTION FOR SUMMARY JUDGMENT

_____

<u>Preliminary Statement</u>

COMES NOW, Michael-Paul:Puzey , AGENT for the Plaintiff/Affiant in proper person, to file this Reply to the Government's Cross-Motion for Summary Judgment and their Opposition to Puzey's Motion for Summary Judgment.

The Affiant humbly asks that this court construes this Reply liberally consistent with <u>Haines v. Kerner</u>, 404 US 519,520(1972). Affiant also asserts that he is not a corporation. See Affidavit of Denial of Corporate Existence (Exhibit 'B').

Hereafter, the Affiant preserves all rights, Without Prejudice (UCC 1-308) and asks this court to harmonize his Common Law Rights and the U.S.Const. Bill of Rights with all Rules, statutes, the Law Merchant and Admiralty proceedings (UCC 1-308(b)), "to make uniform the law among the various jurisdictions". <u>See</u>


RECEIVED
Mail Room

SEP -3 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

<u>District Court's Legal Discussion</u>

When it comes to Congress forming the United States District Courts and, "vesting district courts with power", within the United States Code Service, the U.S.District Courts were created under title 28 USC §§81 to 131, thereto organizing the District Courts in each of the (50) States and the District of Columbia alphabetically in separate statutes starting with Alabama in §81 through and ending with Wyoming in §131; wherein the courts in West Virginia are cited in 28 USC §129. Immediately following at title 28 USC §132 Creation and composition of district courts, at,

"(a) There shall be in each judicial district a district court <u>which shall be a **court of record**</u> known as the **United States District Court** for the district."

In this statute, congress was very specific with the language in the above highlighted text of 28 USC §132. Notice the underlined "shall be a court of record". This <u>does not say</u> that each of these specific courts are a, "court of **LAW**", because these courts are 'territorial' legislative courts of record; and NOT judicial courts 'vested' with any judicial power. Citations of this are found shortly hereinafter.

Also to be noted here is that the described courts shall each be, "**known as the United States District Court**" for the district. This is a proper term for their identification being separate from the Courts vested with the Article 3 Judicial Power within the U.S.Constitution. It is these "District Courts of the United States" properly speaking that are the "courts of LAW"!

The case-law citations supporting this discussion can be first found in the Federal Rules of Civil Procedure, and there at History Note 2. There one finds the first case,

Mookini v United States, 303 US 201,205, 82 L.Ed.748, 58 S.Ct.543(1938) (The term "District Courts of the United States", as used in the rules, without an addition expressing a wider connotation has its historic significance. It describes the constitutional courts created under Article3 of the Constitution. Courts of the Territories are **legislative courts** properly speaking, and are not District Courts of the United States. We have often held that vesting a territorial court with jurisdiction similar to that vested in the District Courts of the United States does not make it a "District Court of the United States." Reynolds v. United States, 98 US 145,154, 25 L.Ed.244,246; The City of Panama, 101 US 453,460, 25 L.Ed.1061,1064; Re Mills, 135 US 263,268, 34 L.Ed.107,109, 10 S.Ct.762; McAllister v. United States,141 US 174,182,183. 35 L.Ed.693,695,696, 11 S.Ct.949; Stephens v. Cherokee Nation, 174 US 445,476,477, 43 L.Ed.1041,1052,1053, 19 S.Ct.772; Summers v. United States, 231 US 91,101,102, 58 L.Ed.137,140, 34 S.Ct.38; United States v. Burroughs,289 US 159,163, 72 L.Ed.1096,1098, 53 S.Ct.574. Not only did the promulgating order use the term District Courts of the United States in its historic and proper sense, but the ommission of provision for the application of the rules to the territorial courts and other mentioned in the authorizing act clearly shows the limitation that was intended.)

We note here that this case citation begins with a proper term, "District Courts of the United States". We then searched for a similar citation that differentiates this terminology from that stated by Congress in 28 USC §132 of, "known as United States District Court" in its properly termed sense. We then find,

Balzac v. Porto Rico, 258 US 298,312, 66 L.Ed.627 (1938), ("[258 US 312] "The United States District Court is not a true United States court, established under Article 3 of the Constitution to administer the judicial power of the United States therein conveyed. It is created by virtue of the sovereign congressional faculty, granted under Article 4, §3 [Clause 2], of that instrument, of [disposing of] and making all needful rules and regulations respecting the territory belonging to the United States. The

resemblance of its jurisdiction to that of true United States courts in offering an opportunity to nonresidents of resorting to a tribunal not subject to local influence does not change its character as a mere territorial court."

These two cases therefore refer directly to the Article 4, §3, Cl.2 establishment of the USDC courts set forth in 28 USC §§81-131 as,

"Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States [federal corporation].." .

It is peculiarly noted that Balzac conveniently omitted the words ".. dispose of.." to perhaps not draw some undesired blowback when the court opined on the issues raised.

Both Balzac and Mookini separately differentiate then between U.S.Const. Article 3 Judicial 'courts of Law' known properly as "district courts of the united States" as being different from the "United States District Courts" that are termed as, **territorial legislative** 'equity' "courts of record". This then makes the distinction clear between which venue is proper to describe the proper venue vested with power to decide matters of Law and Equity.  Again, Congress vesting the U.S.District Courts (under Art.4, §3.2) as a court of 'Equity' with similar authority as the Judicial (Art.3, §2.1) 'district courts of the united States' courts of LAW, again does not make those courts of Equity courts of Law. Mookini. supra; Balzac, supra.

Additional relevant citation is found in a distinguishing decision that describes,

District Court
"[The] term, "district courts" means only those courts which are created under Article 3 of the Constitution of the United States.) Wells v. United

4.

<u>States</u>, 214 F.2d 380, 45 A.F.T.R.(P-H) 1738, 1954-2 U.S. Tax Cas.(CCH) ¶9482, 54-2 U.S. Tax Cas.(CCH) ¶9482, 1054 U.S.App.LEXIS 4215(5th Cir.), cert. denied, 348 US 855, 75 S.Ct.80, 99 L.Ed.674, 1954 U.S.LEXIS 1614(1954).

To summarize this discussion, "courts of Equity" are territorial courts of record specifically cited as such in 28 USC §132 as being properly known as, "United States District Courts" Their highest appeals court is the "United States Supreme Court" with 'Certiorari (or privilege) Jurisdiction' (See S.Ct. Rules, Part III, Rules 10-16) under 28 USC §1254. These are NOT the Art.3, §2.1 'courts of LAW' properly known as the "district courts of the united States" with their highest appeal court being the "Supreme Court of the united States" with the authority to hear matters of Law as authorized under "Other Jurisdiction" (See S.Ct. Rules, Part IV, Rules 17-20) meaning as a matter of Right described at title 28 USC §1251. This describes the difference of being heard in a court of law with rights preserved under the U.S.Constitution's Bill of Rights as a matter of right; and being heard as a matter of privilege under certiorari jurisdiction. Thus the first sub-headered above 'Preliminary Statement' herein is provided to harmonize the Common Law, Bill of Rights with the rules, statutory law, the Law Merchant and Admiralty or Vice-Admiralty proceedings to "make uniform the laws over the various jurisdictions". (UCC 1-103(a)(3)).

<u>PLEADINGS IN REPLY</u>

From the onset of Plaintiff's FOIA Requests that began in 2021, the DEA, FBI, ATF, USDoJ, and EOUSA, herinafter the "Government", has done nothing but put on a <u>charade</u> to this Court.  They knew full well from day one of receiving the FOIA requests that the underlying criminal case as it concerns the Affiant <u>is built upon fraud.</u>

1.    For one, the background shows that this case was indicted on December 5, 2000, <u>see</u> <u>United States v. Puzey</u>, Crim.No.00-0064 (N.D.W.Va. Dec.7,2000), but on page 16 of the Grand Jury Transcripts, lines 12-19 states that,

"[C]ount 1 of the indictment charges both Defendant's, Michael Paul Puzey and John Samuel Leigh, with conspiracy to posses with intent to distribute and to distribute cocaine base, also known as crack, in violation of title 21 United States Code Section 846, with persons known and unknown to the grand jury from on or about 1990 to on or about the date of the return of the indictment, December 5, 2000."

The statutory limitations for a non-capital offense however is <u>only five years</u>. See 18 USC §3282(a),

"[E]xcept as otherwise expressly provided by law, no person shall be prosecuted, tried, or punished for any offense not capital, unless the indictment is found or the information is instituted **within five years** next after such offense shall have been committed." <u>See</u> also <u>United States v. Sunia</u>, 643 F.Supp.2d 51 (D.C.Aug.10,2009).


Moreover, but-for-the-cause of the Government's actions, it is a matter of law that Puzey has been prosecuted and detained for over twenty-four years **illegally** in violation of 'Due Process of Law', Fifth Amendment. U.S.Const., affecting his liberty.  Among many other things, not only is the indictment faulty, there exists no federal Complaint. See Exhibit 'A'.

2.    The Government is completely aware of these facts.  They admit that the,
"FBI assisted the Prince George's County Sheriff's Office and the West
Virginia State Police in their criminal investigations regarding Michael
Puzey." See [DE#64-1, pp.29 @ ¶2].   Thus the criminal Complaint originates
with the State of West Virginia, not with the federal Government.

3.    Moreover, there is no federal investigator o: the federal criminal case
that brought forth any testimony to the Grand Jury.  The testifying witness,
Scott Dillon [or as also stated 'Dillion'], the DEA concedes is not deputized
as a federal agent. See 'DECLARATION OF JOSHUA DELO IN SUPPORT OF DEA's
SUPPLEMENTAL BRIEF' [DE# 64-2, pp.5,16-20].

4.    Without a federal Complaint (Exhibit 'A'), a faulty indictment
(statutory limitations expired), and no investigating federal agent to bring
the criminal case to a federal grand jury, the matter is as 'corruptly
deceitful' as it could possibly get. See United States v. Shuck, 705
F.Supp.1177, 1989 U.S.Dist.LEXIS 1155, Criminal No.85-54(N.D.W.Va.1989);

"..  [t]he AUSA compromised due process and/or other constitutional
interests in order to secure desired information or to produce a calculated
result." Id., 1989 U.S.Dist.LEXIS 39, "[T]he testimony of those able and
respected defense attorneys reveals a pattern abuse office of the United
States Attorney in the Northern District of West Virginia." Id., at 1989
U.S.Dist.LEXIS 47.

In Shuck, Thomas O.Muckalow, Assistant U.S.Attorney (AUSA) for the Northern
District of West Virginia is the exact same AUSA that prosecuted Puzey's case,
supra.  The prosecutorial misconduct that happened in Shuck is surely
happening in this case.  Tampering with Grand Jury proceedings, perjury, no
federal Complaint, falsifying documents, etc. name just a few examples of the

egregious misconduct Muckalow performs as part of the norm.  The EOUSA had the opportunity long ago in Shuck to remove him as an attorney representing the United States; and to stop Muckalow of harming others through illegal prosecution in violation of the U.S.Constitution's Fifth Amendment 'Due Process of Law' provision.

5.    Among other things, in accordance with the FBI Declaration, none of the exemptions under the Privacy Act, 5 USC §552a, under Exemption (j)(2), FOIA Exemptions 6, 7(C), 7(D), or 7(E) are valid because,  (1) there exists a public interest that the privacy interest by Exemption 7(C) prevails. See Kowal v. Dept.of Justice, No.22-5231, 2024 WL 3418844, at *2(D.C.Cir.July 16,2024).  Thus like in Shuck, the criminal conduct to arrest and indict Puzey without a valid federal Complaint for a case that the statutory limitations ran out 5-years previous to his arrest is blatantly kidnapping and false imprisonment.   None of the case law in Document 64-1 is case dispositive in this case.

(2)    Therefore, the Government has violated the FOIA Act, 5 USC §552a, by not releasing the necessary documents to either disclose unlawful conduct or to prove Puzey's innocence through disclosure of Brady Material. See Brady v. Maryland, 373 US 83, 83 S.Ct.1194, 10 L.Ed.2d 215(1963); Levin v. Katzenbach, 363 F.2d 287(D.C.Cir.1965); See also U.S. House of Representatives v. United States DOJ (In re. Committee on the Judiciary), 951 F.3d 589 (D.C.Cir.Mar.10,2020)(stating,

"[O]ther statutes demonstrate that Congress knows how to vest district courts with power to compel production of grand jury materials.  For example, the **Jencks Act** provides that the government may be ordered to

produce grand jury witness statements. 18 USC §3500(b).  The Act also provides remedies if the government fails to comply with a court's disclosure order. 18 USC §3500(d).

Legal rights to grand jury materials have been found in different contexts. See, e.g., <u>Gibson v. United States</u>, 403 F.2d 166, 131 U.S.App.D.C.143(D.C.Cir.1968)(criminal defendant asserting constitutional rights, such as the need to obtain potentially exculpatory evidence in a pending criminal trial); <u>Dennis v. United States</u>, 384 US 855,869-70, 86 S.Ct.1840, 16 L.Ed.2d 973(1966)(criminal discovery); <u>Illinois v. Abbott & Assocs., Inc.</u>, 460 US 557, 103 S.Ct.1356, 75 L.Ed.2d 281(1983)(Section 4F(b) of the Clayton Act, 15 USC §15f(b)); <u>United States v. Proctor & Gamble</u>, 356 US 677, 78 S.Ct.983, 2 L.Ed.2d 1077(1958)(civil plaintiff's discovery rights)."

<u>AFFIDAVIT OF DISPUTES TO DECLARATIONS</u>

6.    The Declaration of Michael G.Seidel [DE#64-6], Affiant Puzey concedes to items 1 through 25 because he agrees that the searches conducted were extensive and thoroughly completed.

7.    However, Affiant Puzey disputes items 26 through 67 because of the vast egregious conduct by AUSA Thomas D. Muckalow outweighs any penological interests of the Government to withhold such information requested. <u>See Kowal</u>, 2024 WL 3418844 at 2.  To withhold exculpatory evidence that can exonerate a person's guilt is a violation of 'Due Process of Law' (Fifth Amendment, U.S.Const.) affecting their liberty. <u>See Brady</u>, 373 US 83, 83 S.Ct.1194; <u>Levin</u>, 363 F.2d 287; <u>Jencks Act</u>, 18 USC §3500(b).

8.    The DECLARATION OF JOSHUA DELO IN SUPPORT OF DEA's SUPPLEMENTAL BRIEF, Affiant Puzey otherwise concedes and does not dispute everything stated with exception to any of the FOIA exemptions claimed.

9.    Affiant Puzey further asserts that he concedes to the Declarations of

Auborn Finney items 1 through 50 because Puzey believes that they completed an exhaustive search of their database and found no responsive records. However, Affiant Puzey disputes the EOUSA's withholding of any information in accordance with any FOIA exemptions as stated herein, supra.

10.  Affiant Puzey also asserts that the Declaration of Susan M.Collins [DE#64-10] for the USAO, and thereto concedes and does not dispute items 1 through 19.

11.  Affiant Puzey further asserts that the Declaration of Hirsh Kravitz, Acting Chief, Information and Privacy Governance Division, Bureau of Alcohol, Tobacco and Firearms and Explosives, that Puzey does not dispute and concedes to items 1 through 12.

12.  WHEREFORE, the Government has NOT met their burden of "Cross Summary Judgment" and Affiant Puzey has now demonstrated the conspiracy to cover-up the scandal of the Judge, prosecutors, West Virginia State Police, the Sheriff Office, and defense counsel to bring forth charges **illegally** beyond the statutory statutes of limitations, an even lied to the Grand Jury that Puzey was being investigated about an attempted murder by the FBI for a gang related aggravated assault with a deadly weapon. Of these charges, Puzey was completely acquitted of back in 1994 by the State of Maryland, and had nothing to do with the FBI! The State of Maryland only used the FBI to apprehend Puzey and that was the end of the matter.

13.  Finally, the record of the all the papers and Affidavits is now complete and the Affidavit(s) of Michael-Paul:Puzey have NOT received any disputes to contradict the Truth. As such, the claims therein Affiant Puzey's Affidavits are completely True and are now subject to **collateral estoppel** accordingly. More specifically, in fact the requested documents DO NOT exist and never have.

Conclusion

Affiant Puzey is a native born with inalienable rights who is entitled to the Common law, the U.S.Constitution, and the Bill of Rights. He has preserved these rights and demands this court to harmonize his rights with all statutory provisions of law (UCC 1-103(a)(3)) brought forth by the United States, federal corporation, and its representatives.

WHEREFORE, the Affiant/Plaintiff Puzey humbly requests this Court to GRANT Summary Judgment on behalf of the Plaintiff for all the reasons stated above, or GRANT him a right to a Jury Trial as preserved under Amendment 6, to determine the mixed questions of law and fact, in the 'interest of Justice'. Respectfully submitted this 23 day of August 2024.

All Rights Reserved, Without Prejudice

_____  AGENT for Affiant
Michael-Paul:Puzey

11.

## Declaration and Certificate of Service

I, Michael-Paul:Puzey  do hereby declare **in good faith** and under the penalty of perjury according to the course of Common Law, that a true and correct copy of the foregoing:

REPLY TO GOVERNMENT'S

"COMBINED MEMORANDUM OF LAW IN SUPPORT OF

DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

AND IN OPPOSITION TO PLAINTIFF'S

MOTION FOR SUMMARY JUDGMENT

and do hereby certify that the foregoing was placed into the institutional United States Postal Service mail system, and was sent by First Class mail or certified delivery as indicated to:

    Clerk of Court
    United States District Court
    E.Barrett Prettyman United States Courthouse
    Room 1225, 333 Constitution Avenue NW
    Washington, DISTRICT OF COLUMBIA [near 20001]

-and-

    AUSA Brian Levy
    601 D.Street, NW
    Washington, DISTRICT OF COLUMBIA [near 20530]

on this **23** day of August 2024.

Deeming these documents were filed on the date they were mailed. See Houston v. Lack, 101 L.Ed.2d 245(1988)(under Prison litigation Mailbox Rule).

All Rights Reserved, Without Prejudice

c/o FCI Fort Dix

P.O.Box 2000, Joint Base MDL

NEW JERSEY [near 08640]

_____, Declarant
Michael-Paul:Puzey

by restricted signature

E X H I B I T   A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

Cheryl Dean Riley
Clerk of Court

**OFFICE OF THE CLERK OF COURT**
**POST OFFICE BOX 471**
**WHEELING, WEST VIRGINIA 26003**
**(304) 232-0011**
**Facsimile (304) 233-2185**

Michelle Widmer-Eby
Chief Deputy Clerk

April 29, 2016

Michael Paul Puzey
23940-016
BEAUMONT USP-Coleman
U.S. PENITENTIARY
Inmate Mail/Parcels
P. O. BOX 26030
BEAUMONT, TX 77720

RE: USA v Puzey 3:00cr57-16

Dear Mr. Puzey:

The Court is in receipt of your request for copies of an initial federal complaint, an initial federal arrest warrant, and your indictment.

There is no initial federal complaint and the arrest warrant is not a public document, therefore, cannot be copied and sent.

The indictment consists of 92 pages. In order to obtain a copy of the indictment a check in the amount of $46.00 is required made payable to Clerk, US District Court by money order or cashiers' check only. Upon receipt of payment the Court will mail the indictment to the Warden at the facility where you are located at.

Cheryl Dean Riley, Clerk of Court
By: N. Zombek, Deputy Clerk

P.O. Box 2857
Clarksburg, WV 26302
(304) 622-8513

P.O. Box 1518
Elkins, WV 26241
(304) 636-1445

217 W. King Street
Martinsburg, WV 25401
(304) 267-8225

EXHIBIT   B

# A T T E N T I O N    A T T E N T I O N    A T T E N T I O N

As the party first opening and viewing these Private Communications, your mere actions have bound you as an _Agent_ to the herein described **Private Remedy Process**. You are now being held accountable with distributing the contents of the enclosed **Invoices** to each of the respective named recipients WITHOUT DELAY. Please govern yourself accordingly.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

DISCLAIMER: These communications fully comply with the rules and order of law -- to redress Grievances against the United States government and these Public Servants. Any retaliation by the addressee or opposing party(ies) shall be prosecuted. These commercial activities are not intended to harass, threaten, intimidate, or coerce anyone. Exclude or Void where prohibited by law.

# a t t e n t i o n    a t t e n t i o n    a t t e n t i o n

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -v- | ) CASE NO. 3:00-CR-00057-GMG-RWT-16 |
| MICHAEL PAUL PUZEY, | ) |
| Defendant. | ) |

## SUPPLEMENT TO FINANCIAL (CORPORATE) DISCLOSURE
### (pursuant to F.R.Cr.P.12.4(b)(2); F.R.A.P. 26.1(b))

To the Clerk of Court:

Please find enclosed an executed affidavit to be filed for supplementing the above captioned case. Federal Rules of Criminal Procedure 12.4, Federal Rules of Appellate Procedure 26.1(b); (and Federal Rules of Civil Procedure 7.1) authorize this disclosure statement to be filed in this action.

F.R.Cr.P.12.4(b) states: "A party must: (2) promptly file a supplemental statement upon any change in the information that the statement requires."

F.R.A.P.26.1(b) states in pertinent part: "A party must supplement its statement whenever the information that must be disclosed under Rule 26.1(a) changes."

The undersigned comes now to supplement the record as required by these federal rules; and kindly requests that upon filing this affidavit into the record of the case, that a copy of the document, when stamped with the court's official receipt, be returned to the undersigned in the enclosed pre-addressed envelope provided. Respectfully submitted this ____ day of _____ 2024.

All Rights Reserved, Without Prejudice,

Agent for the Defendant _____, Declarant
Michael-Paul:Puzey

1

## AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE

KNOW ALL MEN BY THESE PRESENTS... that:   It is foundational Maxim that All are
   equal under the law (moral and natural).  In commerce, truth is sovereign.

I,  Michael-Paul:Puzey      , (hereinafter "Affiant"), a living breathing liable
man; only answering to his Christian family name as ascribed immediately above;
being of sound mind and cognizance and having full knowledge of the information
contained herein, do hereby solemnly declare under the penalty of perjury
according to the course of Common Law that:

   a)        I am over 18 years of age;

   b)        I am currently located at:

   c)        I am fully competent to make this Affidavit by possessing full
        personal knowledge of the information and facts contained as stated herein;

   d)        to the best of my knowledge, belief, and information formed after
        reasonable inquiry stated herein this Affidavit arc true, correct, made
        in good faith, and are not intended to mislead;

   e)        that the information and facts are not interposed for any improper
        purpose, such as to harass, coerce, threaten, or intimidate anyone in any
        manner, to cause unnecessary delay, or needlessly increase the cost of
        litigation;

   f)        that the information and facts stated herein are neither unreason-
        able, frivolous, nor unduly burdensome or expensive, considering the needs
        of the issues, prior discovery in the matters at hand, the amount/s in
        controversy, and the importance of the issues at stake in any subsequent
        action;

   g)        that the information, claims, contents, exhibits, affidavits,
        appendices, and attestations conveyed herein this filing are subscribed
        hereto as I set my hands hereunder by affixing my authorization of my
        own free will;   -and-

   h)        if called upon to testify, that this would be my testimony.

"Truth is expressed in the form of an affidavit."

1.    The Affiant hereby declares that the corporations listed hereunder, by
      definition, do not exist:

   a)  MICHAEL PAUL PUZEY; MICHAEL PUZEY; MICHAEL P. PUZEY; PUZEY, MICHAEL PAUL;
      together with any and all conceivable incorporeal appellations thereof;

1

b)       UNITED STATES is defined at title 28 United States Code Service
(USC) subsection (§) 3002(15)(A) (28 USC §15(A)) and there stating verbatim
(15) "United States" means --
(A) a Federal corporation;

It is to be especially noted here that the federal corporation "NAME"
does not include the words "of America". In being a "federal corporation",
this means the "UNITED STATES" is a corporate name incorporated and
registered federally. Black's Law Dictionary describes and compares
'corporate name' with 'assumed name' and 'fictitious name' or 'artificial
person' to invoke a "color-of-law" entity. This definition is a term of
art with "the appearance or semblance, without the substance, of a legal
right. The term usually implies a misuse of power." With the corporation
name being "fictitious" or artificial (person), the entity possesses no
rights due to its lack of substance; is not a "real or corporeal" entity,
and therefore simply does not exist as defined. The "UNITED STATES" then
is a fictitious entity, artifical person, with no substance other than
being registered as a corporate fiction.

c)       UNITED STATES OF AMERICA [sic] as used in court filings <u>does</u> <u>not</u>
<u>exist</u> as either a corporation or colorable entity conferred with any jur-
isdiction either implied or in fact, yet is only a "federal republic"
that resides only in the mind as a fictional geographical land mass with
approximate boundaries extending from about Callais in the State of Maine,
to about Seattle in the State of Washington, to about San Diego in the
State of California, to about Brownsville in the State of Texas, to about
Miami in the State of Florida to include all the land mass in between;
neither does any of its incorporeal appellations such as U.S.A, U.S., USA,
U.S. of A., America the Beautiful' exist;

2.    The Affiant hereby declares that the following administrative titles to
certain corporations also <u>do</u> <u>not</u> <u>exist</u>:

a) UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
- in the matter of -

b) UNITED STATES OF AMERICA  versus  MICHAEL PAUL PUZEY;

c) STATE OF WEST VIRGINIA;  CITY OF MARTINSBURG:

3.    The Affiant also hereby declares that the following administrative agencies disguised as corporations <u>do</u> <u>not</u> <u>exist</u>; and neither do their under-lying respective "official capacities" exist other than to carry on business as "defacto officials" under "doing business as"(d/b/a) "defacto" corporate entities that include, but are not limited to:

a)        UNITED STATES MARSHALL SERVICE; FEDERAL BUREAU OF INVESTIGATION, F.B.I., FBI or any of its incorporeal appellations; INTERNAL REVENUE SERVICE, I.R.S., IRS or any of its incorporeal appellations;

b)        all BAR ASSOCIATIONS; every STATE of the union; every CITY, TOWN, BURG, COUNTY, or other corporate subdivisions;

c)        every MEMBER of any CORPORATION; all AGENCIES and DEPARTMENTS of all FEDERAL, STATES, MUNICIPAL, COUNTY, or CITY, etc., including all SHERIFF DEPARTMENTS; CITY, TOWN, MUNICIPAL POLICE DEPARTMENTS and AGENCIES:

c)        all JUDGE(s), PROSECUTOR(s), ATTORNEY(s), DISTRICT ATTORNEY(s), ATTORNEY GENERAL(s), and all other such OFFICERS;

d)        all AGENCIES, CONTRACTORS, and SUB-CONTRACTORS; together with all other CORPORATE or PRIVATE MEMBERS and SERVICES who are, who have been, or who may be associated with any "colorable" COMPLAINT against the Affiant and/or his natural body.

These are all de facto positions or other entities established or conceived under "color-of-law" that are not unlike the fictional artiface of the CORPORATION having again "the appearance or semblance, without substance, of a legal right. [That also] implies a misuse of power". Black's Law Dictionary defines "defacto" as "having effect even though not formally or legally recognized"; Illegitimate but in effect < a defacto government >; Cf. DE JURE; "de facto officer" is defined as "An officer who exercises the duties of an office under color of some appointment or election, but who has <u>failed</u> to take the oath, having not furnished a required bond, or having taken office under some authority that is declared or deemed unconstitutional; One who is acting under color or right and with apparent authority, but who is not legally a corporate officer."

The Affiant further declares nothing other within this Affidavit.


(intentionally left blank)

3

<u>Caveat:</u>    To all who have eyes to see, and ears to hear -- the execution of any matter against the transmitting utility, In Re: MICHAEL PAUL PUZEY                ,  principal / stramineous homo, an ens legis trust -- and said appellation neither exists, nor shall ever be confused with:    Michael-Paul:Puzey                ;  that although these names may appear to be similar, they are never to be presumed the same-in-one, nor are they ever to be considered synonymous.  Any presumption to the contrary is hereby rebutted forever.  It is the affiant's intent herein to supercede and provide Public Notice to Wit, that any commercial activities, past or present, have been commenced with in error and reckless disregard for the truth and facts, or simply without authorization; and lawful notice is hereby tendered that such fraud equals a "tort" and that all transgressions shall be redressed.

<u>Memorandum of Record:</u>    Course of Common Law requires that an instrument embodying something that the parties desire to fix into memory and permanent record by the aid of written notice or evidence; or that is to serve as the basis for a future formal contract; the designation of the written agreement must exist to bind the parties.  All others do not exist.  Such instruments must be explicit; that which is so clearly stated or distinctively set forth that there is no doubt as to its meaning.  "Agreement takes the place of law: the express understanding of the parties supercedes such understanding as the law would otherwise imply."  "No State shall enter into any... Law impairing the Obligation of [Private] Contracts;...", Constitution of the UNITED STATES for the united States of America, Article I, Section 10, Clause 1.  The use of the words "Without Prejudice", "At Arm's Length", "All Rights Reserved" about the authorization of documents indicates the party has exercised remedy exclusively reserved under Common Law, for him not to be compelled to specific performance under any undisclosed contract or commercial agreement that the party has not entered into knowingly, willingly, voluntarily, and intentionally. Such reservations serve notice upon all interested parties that he has not, and will not accept any liability or provide any surety associated with the "compelled" benefit of any undisclosed or unrevealed commercial agreement.

<u>Demand for Rebuttal:</u>    Should any living breathing man or woman desire to respond to this Affidavit, unless he or she is sworn, in law, none is credited. All facts must, when established by witnesses, be under oath or affirmation. Through identifying oneself by Creator provided or family name for signature;
...

Demand cont'd

...     and rebutting point-for-point by counter affidavit; such response shall be returned postmarked by first class mail with postage prepaid addressed to the Affiant herein at the address provided below to be received within -- twenty-one (21) days of the certified delivery receipt from this Affiant with delivery verified at www.usps.com by UNITED STATES Postal Service.  Failure to respond within this twenty-one (21) day period, through tacit agreement, shall constitute **collateral estoppel** to any future challenges, and all potential Respondents consent, by their acquiescence, and without any opposition that the declarations, information, and claims stated herein are **true and correct** in their entirety, and that any disputes and/or controversies shall forever be settled in favor of the described attestations herein; being clearly cognizant of the Maxim of Law that "... **an unrebutted affidavit becomes the judgment in commerce.**"  Speak now or forever hold your peace.

So declared and executed this _23_ day of _August_ in the year of my Creator, Two Thousand (2024)TwentyFour (Current Era,(C.E.)) nunc pro tunc: **January 1, 1990**

All Rights Reserved, Without Prejudice,

c/o FCI Fort Dix
     P.O. Box 2000, Joint Base MDL
     NEW JERSEY [near 08640]

_Michael P._, **Affiant**
Michael-Paul:Puzey
     by restricted signature

Witnessed under the "Rule of Necessity" this _23_ day of _August_, 2024.
Adhering or conferring no other jurisdiction of any kind whatsoever.

_____, Witness

_____, Witness

_____, Witness

**Witnessed under the Rule of Necessity as the Federal Bureau of Prisons refuses to provide timely, affordable, unbiased Notarial service for the filing of official court documents.**

5

## Declaration & Certificate of Service

I, Michael-Paul:Puzey          , do hereby declare under penalty of perjury according to the course of Common Law, that the foregoing statements, information, exhibits, and attestations are true, correct, made in good faith, and not intended to mislead, cause unnecessary delay, or increase the cost of litigation; and certify that a true and correct copy of the enclosed:

SUPPLEMENT TO FINANCIAL DISCLOSURE

-and-

AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE

were placed into the institutional U.S. Postal Service mail system with proper postage prepaid for 3-day delivery, either by "Certified" or First Class Mail service as indicated, and sent to,

Clerk of Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
Federal Building
1st Floor, 217 West King Street
Martinsburg, WEST VIRGINIA [near 25401]

on this _23_ day of August 2024.

All Rights Reserved, Without Prejudice

FCI Fort Dix, P.O.Box 2000
Joint Base MDL, NEW JERSEY
[near 08640]

[Reg.#23940-016]

, AGENT

Michael-Paul:Puzey
by restricted signature

(1 pg. + 6 pgs)

EXHIBIT   C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL PAUL PUZEY, ) | |
| Plaintiff, ) | |
| -v- ) | Civil Action No.21-2096(CRC) |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, et al., ) | |
| Defendants. ) | |

[PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment and Plaintiff's Motions for Summary Judgment, the oppositions thereto and the entire record herein, it is hereby,

ORDERED that Plaintiff's Motions are GRANTED, and it is further,

OREDERED that Defendant's Motion is DENIED.

SO ORDERED:

_____
Date

_____
United States District Judge