21cv2096-CRC

AFFIDAVII
OF NEGATIVE AVERMENT

KNOW ALL MEN BY THESE PRESENTS. that, It is foundational Maxim that ALL are equal under the law (moral and natural). In commerce, **truth is sovereign.**

I, ___Michael : Puzey___ , (hereinafter "Affiant"), a living breathing liable man; only answering to his Creator provided family name as ascribed immediately above; being of sound mind and cognizance and having full knowledge of the information contained herein, do hereby solemnly declare under penalty of perjury according to the course of Common Law that,

a)  I am over 18 years of age;

b)  I am currently located at: 5756 Hartford Road at Pointville Road
    P.O.Box 2000, Joint Base MDL
    NEW JERSEY [near 08640]

c)  I am fully competent to make this Affidavit by possessing full first hand personal knowledge of the information and facts as stated herein;

d)  to the best of my knowledge, information, and belief formed after reasonable inquiry, that the information stated herein is true, correct, made in good faith, and are not intended to mislead;

e)  that the information and facts are not interposed for any improper purpose either to harass, coerce, threaten, or intimidate anyone in any manner, to cause unnecessary delay, or to needlessly increase the cost of litigation;

f)  that the information and facts stated herein are neither unreasonable, frivolous, nor unduly burdensome or expensive, considering the needs of the issues, prior discovery in the matters at hand, the amount/s in controversy, and the importance of the issues at stake in any subsequent action;

g)  that the information, claims, contents, exhibits, affidavits, appendices, and attestations conveyed herein are subscribed hereto as I set my hands hereunder by affixing my authorization of my own free will; -and-

h)  if called upon to testify, that this would be my testimony.

"Truth is expressed in the form of an affidavit."



RECEIVED
Mail Room

SEP - 6 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

## Opposing Parties

The following are the named opposing parties that are jointly and severally liable in their individual and personal capacity(ies) as they have proceeded against the Affiant outside of their qualified immunity protections as prescribed within agency policy(ies), regulations, and Administrative Procedures as set forth in the U.S. Code Service at Title 5:

1) **Priscilla:Jones,** [Supervisory Administrative Specialist (OIP)];

2) **Adam:Siple,** [Chief Information and Privacy Governance Division (ATF)];

3) **Yvette-D.:Davis,** [Chief Intake Unit POIA/PA (DEA)];

4) **Michael-G.:Seidel,** [Section Chief Record/Information Dissemination Section, Information Management Division (FBI)];

5) **Merrick:Garland,** [U.S.Attorney General, (Executive Office of U.S.Attorney (EOUSA)];

6) **Matthew M. Graves,** [United States Attorney]

7) **Brian J. Levy,** [Assistant U.S. Attorney];

8) **Brian P. Hudak** [Chief of Civil Litigation]

1a

## STATEMENT OF UNDISPUTED FACTS

1.  Affiant states that he filed Freedom of information/ and Privacy Act requests to the United States Attorney General Merrick Garland, Executive Office of the United States Attorney Office, FBI, DEA, ATF, on or about, March 21, 2021.  Requesting a copy of: 1. Federal Criminal Complaint.  2. Federal Arrest Warrant.    3.  Grand Jury Transcript.    4.    Federal Investigative Reports.    5.  All Cross-Deputization Agreements by any federal agent from the herein agencies.

2.  Affiant states that he appealed to the Department of Justice, Office of Information Policy due to the U.S. Attorney General, EOUSA, FBI, DEA, ATF failure to provide affiant with requested FOIA/PA records herein included the Vaughn Index by 20 business days in accordance to the Freedom of Information Act/ and Privacy Act statutes.

3.  Affiant exhausted his FOIA/PA request with the Department of Justice, Office of Information Policy.

4.  Defendants, U.S. Attorney General Merrick Garland, EOUSA, FBI, DEA, ATF failed to provide affiant with all requested FOIA/PA records, requested initially .

5.  On 8/03/2021, Affiant filed a Freedom of Information Act and Privacy Act lawsuit against Defendants U.S. Attorney General Merrick Garland, EOUSA, FBI, DEA, ATF for failure to comply with FOIA and PA 5 U.S.C.

§552a.  see [Docket Entry 1].

6.  On 8/4/2022, Return of Service /Affidavit of Summons and Complaint Executed was filed on the docket [Entry 22].

7.  On 8/4/2022, the Court ordered the Defendant's file an answer to Plaintiff Complaint.  [Docket Entry 22].

8.  Affiant states that the Government filed a motion for extension of time on 9/7/2022.  [Docket Entry 26].

9.  On 9/8/2022, the Court granted a Motion for Extension of Time to answer by 11/15/2022. [Docket Entry Empty].

10.  On 10/11/2022, Affiant filed a Motion to Amend Motion for Leave to file exhibits or discovery evidence to support complaint.  [Docket Entry 28].

11.  On 11/15/2022, when ordered by the Court to answer the Complaint, the government filed a motion to dismiss on behalf of the Defendant's. [Docket Entry 29].

12.  Affiant filed an opposition reply motion in reference to the government's motion to dismiss.  [Docket Entry 37].

13.  On 7/7/2013, the Court denied the Government's motion to dismiss. [Docket Entry Empty].

3.

14.    On 7/7/2023 the Courts ordered the Government to respond to Affiants FOIA / Privacy Act claim by August 21, 2023. [Docket Entry Empty].

15.    The Government / Defendants failed to comply with the Courts' ordered deadline of August 21, 2023, in its entirety [Docket Entry 42] 8/21/2023.

16.    On 8/22/2023, the Defendants filed a motion for extension of time to file answer to complaint order of motion to dismiss..., set / reset deadlines... by ATF, DEA, EOUSA, FBI, United States Department of Justice. Attachments: Proposed order, exhibit A - answer, Certificate of Service. [See Docket Entry 41].

17.    At no time in Affiant's FOIA / PA request, to date, did Defendants produce any of the requested documents requested by Affiant since initial requested date, March 21, 2021.

18.    At no time did Affiant receive a copy of [Docket Entry 41] from Defendant.

19.    No "answer" was ever sent to Affiant by the Defendants [Docket Entry Empty] Date 8/23/2023.

20.    Due to the Defendants failure to send Affiant a copy of [Docket Entry 41], which was received by Affiant on December 5, 2023, from the Court. Brian J. Levy, Chief Civil Litigation Brian P. Hudak, U.S. Attorney Matthew M. Graves, have all purposefully mislead the Court in their answer

to Affiant [Docket Entry 41-2, 41-3] 8/22/2023. This is admitted in their statement on page 2, point 3. "Plaintiff is currently incarcerated at Fort Dix Federal Correctional Institution, in New Jersey... (Last visited August 17, 2023)." Comparing this with the Certificate of Service page 1 of 1 document 41-3, filed on 8/22/2023. There it states "served on Plaintiff...at...Schuylkill Federal Correctional institution,... Minersville, PA". The only reason to send the documents to another location in a totally different state is pure professional negligence; or otherwise is purposefully intended to prejudice the Plaintiff into being unable to submit a timely reply to the answer. In either case, such misconduct should not be tolerated in any court where life and death decisions are made by this honorable court. Finally, relief that is due in such circumstances, out of respect for this Court, is suspension of the 3 named attorneys pending a review by the United States Bar Association. Suspension is necessary in this situation of such misconduct, and it is indicative and demonstrative of the manner in which they have been misleading this court from the onset.

21. The requested FOIA / PA documents are all public information / records and should have been presented at first appearance.

22. Via "Vaughn Index" that was requested, the Defendants never produced to Affiant: 1. The complaint (signed with Affidavit). 2. Any information filed with signed affidavit. 3. Arrest warrant with signed Affidavit. 4. Signed indictment by Grand Jury Foreman. 5. Cross Deputization of State Trooper Scott Dillion.

23.  On August 23, 2023, the Court granted a second extension to the Defendants.  Due date to file answer by August 22, 2023.

24.  The Court then stated in its minute order dated August 23, 2023, that the Defendants filed an answer; [Docket Entry Empty] and ordered them to file a proposed schedule for processing Plaintiff's FOIA request by September 6, 2023.

25.  No. 23 above is the Defendant's third extension or continuance.

26.  Defendant's FBI and/or AUSA Brian J. Levy never filed the 95 pages or the 99 pages, nor was a Certificate of Service filed with the Court on the docket record.  [Docket Entry dated 8/21/2023].  Affiant states the FBI has defaulted.

27.  On November 13, 2023, Defendant filed its status report.  The report indicated that the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the U.S. Drug Enforcement Administration both issued a "No record response".

28.  The Federal Bureau of Investigation stated in its status report dated November 13, 2023, stated it sent 99 pages to Affiant.  Affiant did not receive the said 99 pages, and Affiant states that AUSA Brian J. Levy has misled the Court.  The Government failed to provide an update on its alleged consultation.

29.  "None of the pages that were released from" any of the Defendant agencies containing the requested FOIA / PA documents, complaints, information, arrest warrant, indictment, cross-deputization, etc..., to date, almost 3 years since the requested date of March 21, 2021, in Affiant's original FOIA / PA request, specifically the FBI.

30.  The Defendants sought several extensions and the Court has continued several times, and the Defendants have failed to answer the complaint by providing the original requested FOIA / PA public information and records.

31.  Each extension filed was either on the deadline or after the deadline for responsive pleadings set by the Court.  The extensions currently being granted by the Court are not exceptions or exemptions for these documents under FOIA.

32.  The requested material is clearly reasonable under FOIA and the Governments blanket response prejudices Affiant by being arbitrary and capricious.

33.  Affiant is prejudiced by being continuously injured every day causing irreparable, irrecoverable harm due to the liberty interest of incarceration or otherwise being detained in violation of an Act of Congress 18 U.S.C. §4001.

34.  The requested FOIA / PA documents / public records "Do not exist."

Please do not respond to those pointed accusations that you fully admit and agree with.

Affiant Further

Sayth Not

I signed this document on 8/7/24 at Fort Dix New Jersey.

Michael Puzey

MICHAEL PUZEY

SUBSCRIBED AND SWORN TO BEFORE ME on 08/07/2024 at Fort Dix, New Jersey.

[SEAL]

RANDY L. DENNIS JR
Notary Public, State of New Jersey
My Commission Expires 08/12/2027

Notary Public in and for the State of New Jersey.

My Commission expires 08/12/2027.

8.

**Caveat:**    To all who have eyes to see, and ears to hear -- the execution of
any matter against the transmitting utility, In Re: **MICHAEL PUZEY**                    ,
principal / stramineous homo, an ens legis trust -- and said appellation
neither exists, nor shall ever be confused with:    **Michael : Puzey**              ;
that although these names may appear to be similar, they are never to be presumed
the same-in-one, nor are they ever to be considered synonymous.  Any presumption
to the contrary is hereby rebutted forever.  It is the affiant's intent herein
to supercede and provide **Public Notice to Wit,** that any commercial activities,
past or present, have been commenced with in error and reckless disregard for
the truth and facts, or simply without authorization; and lawful notice is
hereby tendered that such fraud equals a "tort" and that all transgressions
shall be redressed.

**Memorandum of Record:**    Course of Common Law requires that an instrument
embodying something that the parties desire to fix into memory and permanent
record by the aid of written notice or evidence; or that is to serve as the
basis for a future formal contract; the designation of the written agreement
must exist to bind the parties.  **All others do not exist.**  Such instruments
must be explicit; that which is so clearly stated or distinctively set forth
that there is no doubt as to its meaning.  **"Agreement takes the place of law:
the express understanding of the parties supercedes such understanding as the
law would otherwise imply."  "No State shall enter into any... Law impairing
the Obligation of [Private] Contracts;...",** Constitution of the UNITED STATES
for the united States of America, Article I, Section 10, Clause 1.  The use
of the words "Without Prejudice", "At Arm's Length", "All Rights Reserved"
about the authorization of documents indicates the party has exercised remedy
_exclusively reserved under Common Law, for him **not to be compelled** to specific
performance under any undisclosed contract or commercial agreement that the
party has not entered into knowingly, willingly, voluntarily, **and** intentionally.
Such reservations serve notice upon all interested parties that he has not, **and
will** not accept any liability or provide any surety associated with the "com-
pelled" benefit of any undisclosed or unrevealed commercial agreement.

**Demand for Rebuttal:**    Should any living breathing man or woman desire to
respond to this Affidavit, unless he or she is sworn, in law, none is credited.
All facts must, when established by witnesses, be under oath or affirmation.
Through identifying oneself by Creator provided or family name for signature;
...

Demand cont'd

...    and rebutting point-for-point by counter affidavit; such response shall
be returned postmarked by first class mail with postage prepaid addressed to
the Affiant herein at the address provided below to be received within --
twenty-one (21) days of the certified delivery receipt from this Affiant with
delivery verified at www.usps.com by UNITED STATES Postal Service.  Failure to
respond within this twenty-one (21) day period, through tacit agreement, shall
constitute **collateral estoppel** to any future challenges, and all potential
Respondents consent, by their acquiescence, and without any opposition that
the declarations, information, and claims stated herein are **true and correct**
in their entirety, and that any disputes and/or controversies shall forever
be settled in favor of the described attestations herein; being clearly
cognizant of the Maxim of Law that "**... an unrebutted affidavit becomes the
judgment in commerce.**"  Speak now or forever hold your peace.


So declared and executed this  7  day of  AUG  in the year of my Creator,
Two Thousand (2024)          (Current Era,(C.E.)) nunc pro tunc:


All Rights Reserved, Without Prejudice,


c/o                           _Michael R_  , Affiant

     [near           ]

Witnessed under the "Rule of Necessity" this  7  day of  AUG  , 20 24
Adhering or conferring no other jurisdiction of any kind whatsoever.


_____ , Witness


_____ , Witness


_____ , Witness

1  # 4  Demand for Rebuttal

2  If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the
3  facts and law revealed here.  You have thirty days to provide your rebuttal.  Pursuant to Federal Rule of Civil Procedure
4  Rule 8(b)(6), failure to deny shall constitute an admission to the truth of everything contained herein:

5      *III. PLEADINGS AND MOTIONS > Rule 8.*
6      *Rule 8. General Rules of Pleading*

7      *(b) Defenses; Admissions and Denials.*

8      *(6) Effect of Failing to Deny.*

9      *An allegation — other than one relating to the amount of damages — is admitted if a responsive pleading is*
10      *required and the allegation is not denied. If a responsive pleading is not required, an allegation is considered*
11      *denied or avoided.*

12  Failure to timely deny WITH EVIDENCE shall also constitute an estoppel in pais, default judgment, and nihil dicit
13  judgment relating to every controversy presented by this affidavit:

14      *"Silence is a species of conduct, and constitutes an implied representation of the existence of facts in question.*
15      *When silence is of such character and under such circumstances that it would become a fraud, it will operate as*
16      *an Estoppel."*
17      *[Carmine v. Bowen, 64 A. 932]*
18

19      *"Equitable estoppel, or estoppel in pais, is a term applied usually to a situation where, because of something*
20      *which he has done or omitted to do, a party is denied the right to plead or prove an otherwise important fact.*
21      *The term has also been variously defined, frequently by pointing out one or more of the elements of, or*
22      *prerequisites to, 3  the application of the doctrine or the situations in which the doctrine is urged. 4  The most*
23      *comprehensive definition of equitable estoppel or estoppel in pais is that it is the principle by which a party who*
24      *knows or should know the truth is absolutely precluded, both at law and in equity, from denying, or asserting*
25      *the contrary of, any material fact which, by his words or conduct, affirmative or negative, intentionally or*
26      *through culpable negligence, he has induced another, who was excusably ignorant of the true facts and who*
27      *had a right to rely upon such words or conduct, to believe and act upon them thereby, as a consequence*
28      *reasonably to be anticipated, changing his position in such a way that he would suffer injury if such denial or*
29      *contrary assertion was allowed. 5  In the final analysis, however, an equitable estoppel rests upon the facts and*
30      *circumstances of the particular case in which it is urged, 6    considered in the framework of the elements,*
31      *requisites, and grounds of equitable estoppel, 7  and consequently, any attempted definition usually amounts to*
32      *no more than a declaration of an estoppel under those facts and circumstances. 8   The cases themselves must*
33      *be     looked     to     and     applied     by     way     of     analogy     rather     than     rule.     9"*
34      *[American Jurisprudence 2d, Estoppel and Waiver, §27: Definitions and Nature]*

35

36      *"The doctrine of estoppel is based upon the grounds of public policy, fair dealing, good faith, and justice, and*
37      *its purpose is to forbid one to speak against his own act, representations, or commitments to the injury of one to*
38      *whom they were directed and who reasonably relied thereon. 11 The doctrine of estoppel springs from*
39      *equitable principles and the equities in the case. 12  It is designed to aid the law in the administration of justice*
40      *where without its aid injustice might result. 13  Thus, the doctrine of equitable estoppel or estoppel in pais is*
41      *founded upon principles of morality and fair dealing and is intended to subserve the ends of justice. 14*
42      *It always presupposes error on one side and fault or fraud upon the other and some defect of which it would be*
43      *inequitable for the party against whom the doctrine is asserted to take advantage. 15 It concludes the truth in*
44      *order to prevent fraud and falsehood and imposes silence on a party only when in conscience and honesty he*
45      *should not be allowed to speak. 16*

46      *The proper function of equitable estoppel is the prevention of fraud, actual or constructive, 17   and the*
47      *doctrine should always be so applied as to promote the ends of justice and accomplish that which ought to be*
48      *done between man and man. 18  Such an estoppel cannot arise against a party except when justice to the rights*
49      *of others demands it 19   and when to refuse it would be inequitable. 20   The doctrine of estoppel should be*
50      *applied cautiously and only when equity clearly requires it to be done. 1  Hence, in determining the application*
51      *of the doctrine, the counterequities of the parties are entitled to due consideration. 2   It is available only in*
52      *defense of a legal or equitable right or claim made in good faith and can never be asserted to uphold crime,*
53      *fraud, injustice, or wrong of any character. 3  Estoppel is to be applied against wrongdoers, not against the*
54      *victim of a wrong. 4  although estoppel is never employed as a means of inflicting punishment for an unlawful*
55      *or wrongful act. 5"*

## AFFIDAVIT OF EXECUTION

I, MICHAEL PUZEY , being of sound mind and cognizance and having full knowledge of the subject matter of the forgoing within named instrument:

_____

_____

_____

_____,

do solemnly declare; under penalty of perjury according to the course of common law; that the information, exhibits, and matter contained therein is *true and correct* to the best of my knowledge and belief, as I set my hand hereunder by affixing my authorization of my own free will.

Signed, sworn, and executed at FCI FORT DIX , this 7 day of AUG in the year of my Lord Two Thousand (2024) _____.

WITHOUT PREJUDICE

/s/ Michael P____

All Rights Reserved

Witness my hand and seal,

(seal)

/s/ _____          August 7 , 2024
Notary Public

My commission expires:

RANDY L. DENNIS JR
Notary Public, State of New Jersey
My Commission Expires 08/12/2027 , 20___

(   )